**FILED**
August 11, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Jackson_____
DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICAN** | ) |
| | ) |
| **v.** | )  SA:22-MJ-01210 |
| | ) |
| **ALEJANDRO RICHARD VELASQUEZ GOMEZ** | ) |
| | ) |

## MOTION TO SEAL CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT, ARREST WARRANT, AND MOTION TO DETAIN

TO THE HONORABLE COURT:

The United States of America, by and through the United States Attorney for the Western District of Texas, files this its Motion to Seal Criminal Complaint, Supporting Affidavit, Arrest Warrant and Motion to Detain, and in support would show this Honorable Court:

I.

The disclosure of the above described Criminal Complaint, Supporting Affidavit, Arrest Warrant, and Motion to Detain prior to its service could seriously jeopardize the investigation, subject the agents to physical danger, and present the potential for destruction of evidence. The Government would request that the Clerk of the Court be ordered to seal these materials, except for two copies to be issued to the Affiant.

WHEREFORE, premises considered, the Government respectfully requests that the Clerk of the Court be ordered to seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant,

Motion to Detain and this Motion, until further ordered by the Court, except for two copies to be issued to the Affiant.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____
KELLY STEPHENSON
Assistant United States Attorney
Texas Bar No.: 24079823
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Ph: 210-384-7025
Fax: 210-384-7118