UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
August 11, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jackson_____
                    DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICAN | ) | |
| | ) | |
| v. | ) | SA:22-MJ-01210 |
| | ) | |
| ALEJANDRO RICHARD VELASQUEZ GOMEZ | ) ) | |

## ORDER

Came on this date to be considered the Government's Motion to Seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant, and Motion to Detain, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement. It is hereby,

ORDERED that the Clerk of the Court seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant, Motion to Detain, the Government's Motion to Seal and this Order, save for two copies of each to be issued to the Affiant.

SIGNED AND ENTERED, this  11th  day of   August   , 2022.

_____
ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE